TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Christopher Kershner

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Christopher Kershner,<br><br>    Plaintiff,<br><br>vs.<br><br>Hillcrest, Davidson, and Associates LLC,<br><br>    Defendant. | Case No.: 2:19-cv-00747-TLN-AC<br><br>**STIPULATION AND ORDER TO EXTEND HEARING AND BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT** |

The Parties, through counsel undersigned, submit the following Stipulation to extend Hearing on Motions for Summary Judgment:

    1. On August 26, 2020, Plaintiff filed his Motion for Summary Judgment, noticing the hearing date for October 1, 2020. *See* Docket No. 9.

1

2. On August 26, 2020, Defendant filed its Motion for Summary Judgment, noticing the hearing date for October 1, 2020. *See* Docket No. 11.
3. Due to personal and professional obligations, counsel for the Parties require additional time to fully brief their respective motions for summary judgment. As such, the Parties respectfully request that the hearing date on the Motions for Summary Judgment be extended from October 1, 2020, to October 15, 2020.
4. Furthermore, the Parties respectfully request that the Opposition and Reply deadlines be extended in accordance with the October 15, 2020 hearing date pursuant to Local Rule 230(c) and 230(d), such that Oppositions shall be filed no later than October 1, 2020, and Replies shall be filed no later than October 8, 2020.
5. This is the Parties' first request for any extension in this matter.
6. The Parties affirm that this Stipulation is not submitted for any improper purpose.

WHEREFORE, based on the foregoing, the Parties respectfully request that this Court extend the hearing date on the Parties' Motions for Summary Judgment to October 15, 2020, at 2:00 p.m., with Oppositions to be filed no later than October 1, 2020, and Replies to be filed no later than October 7, 2020.

DATED:  September 14, 2020         TRINETTE G. KENT

                                   By: */s/  Trinette G. Kent*
                                   Trinette G. Kent
                                   Lemberg Law, LLC
                                   Attorney for Plaintiff,
                                   Christopher Kershner

2

JUNE D. COLEMAN

By: ___/s/   June D. Coleman___
June D. Coleman
MESSER STRICKLER, LTD.
Attorney for Defendant,
Hillcrest, Davidson, and Associates, LLC

**IT IS SO ORDERED.**

The Hearing on the Parties' Motions for Summary Judgment is extended to October 15, 2020, at 2:00 p.m.

Oppositions shall be filed no later than October 1, 2020.

Replies shall be filed no later than October 8, 2020.

DATED:  September 14, 2020

_____
Troy L. Nunley
United States District Judge